**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **TYANN NANSEL,** )<br>)<br>Plaintiff, )<br>) | |
| ) | **7:06CV5007** |
| vs. ) | |
| ) | **ORDER** |
| **UNION PACIFIC RAILROAD COMPANY,** )<br>) | |
| Defendant. ) | |

This matter is before the court following a telephone conference with counsel for the parties on September 29, 2006.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **November 6, 2006** at **3:00 p.m. Central Standard Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 29th day of September, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge