IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYANN NANSEL, | ) | |
| | ) | |
| Plaintiff, | ) | 7:06CV5007 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNION PACIFIC RAILROAD CO., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Vincent M. Powers & Associates and Kathleen M. Neary to withdraw as attorney of record for the plaintiff (Filing No. 16). Counsel states there has been a break down of communication between counsel and the plaintiff such that counsel is no longer able to provide adequate legal representation. Counsel further seeks a stay of progression deadline to enable the plaintiff time to find alternative counsel. The certificate of service for the motion reflects it was served on the plaintiff. No new counsel has yet made an appearance on behalf of the plaintiff. Therefore, the plaintiff shall have an opportunity to respond to the motion and/or obtain substitute counsel. Additionally, the progression order deadlines will be reassessed after resolution of the instant motion. Upon consideration,

**IT IS ORDERED:**

1. The motion of Vincent M. Powers & Associates and Kathleen M. Neary to withdraw as counsel for the plaintiff (Filing No. 16) is held in abeyance.

2. The plaintiff shall have to **on or before April 30, 2007**, to respond to the motion to withdraw by filing a brief with the Clerk of Court. If no response is received or if substitute counsel has entered an appearance by that date, the motion to withdraw will be granted. If the motion to withdraw are granted and substitute counsel has not entered an appearance, the plaintiff will be considered proceeding *pro se* and counsel for the defendant may communicate with the plaintiff directly regarding this case.

3. The Clerk of Court shall mail a copy of this order to the plaintiff at:

> Tyann Nansel
> 422 North Garfield Avenue
> North Platte, NE 69101

DATED this 3rd day of April, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge