**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| TYANN NANSEL, | ) | |
| | ) | |
| Plaintiff, | ) | 7:06CV5007 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNION PACIFIC RAILROAD CO., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Vincent M. Powers & Associates and Kathleen M. Neary to withdraw as attorney of record for the plaintiff (Filing No. 16). Counsel states there has been a break down of communication between counsel and the plaintiff such that counsel is no longer able to provide adequate legal representation. Counsel further seeks a stay of progression deadlines to enable the plaintiff time to find alternative counsel. The certificate of service for the motion reflects it was served on the plaintiff. The court allowed the plaintiff an opportunity to respond to the motion and/or obtain substitute counsel by April 30, 2007. However, the plaintiff did not file a response. No new counsel has made an appearance on behalf of the plaintiff. Upon consideration,

**IT IS ORDERED:**

1.      The motion of Vincent M. Powers & Associates and Kathleen M. Neary to withdraw as counsel for the plaintiff (Filing No. 16) is granted. The Clerk of Court shall stop all electronic notices to Vincent M. Powers & Associates and Kathleen M. Neary regarding this case.

2.      The plaintiff Tyann Nansel is now proceeding *pro se* and counsel for the defendant may communicate with the plaintiff directly.

3.      The Clerk of Court shall reassign this case to the *pro se* docket in accordance with the United States District Court for the District of Nebraska Pro Se Procedures III(C)(1).

4.      The Clerk of Court shall mail a copy of this order to the plaintiff at:

Tyann Nansel
422 North Garfield Avenue
North Platte, NE 69101

DATED this 2nd day of May, 2007.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge