IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYANN NANSEL, | ) | |
| | ) | |
| Plaintiff, | ) | 7:06CV5007 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's letter/motion requesting this action be dismissed (Filing No. 26). Pursuant thereto,

IT IS ORDERED that this action is dismissed without prejudice, each party to pay their own costs.

DATED this 14th day of June, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court